387 A.2d 106

Commonwealth v. DiPietro, Appellant.

Argued December 7, 1977. John A. Mihalik, with him Hummel, James & Mihalik, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.